IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00286-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM MEDINA,

    Defendant.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Senior Judge Walker D. Miller:

    A hearing on revocation of supervised release is set **February 4, 2010, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St., Courtroom A902. This hearing is scheduled for one-half hour.

    Dated: December 8, 2009

                                                    s/ LaDonne Bush
                                                    Deputy Clerk