IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-286-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADAM MEDINA,

      Defendant.

_____

# MINUTE ORDER
_____

      The following Minute Order is entered by Judge Walker D. Miller:

      Hearing on supervised release violation will be held **February 1, 2011, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 6, 2010

                                       s/Jane Trexler, Judicial Assistant