IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-286-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM MEDINA,

    Defendant.

_____

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on supervised release violation is continued to **February 24, 2011, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: February 7, 2011

                                          s/Jane Trexler, Judicial Assistant